No. 84–6866 (A–923). BREEZE *v.* UNITED STATES. C. A. 4th Cir. Application for release and motion for stay of mandate, addressed to JUSTICE BRENNAN and referred to the Court, denied. Certiorari denied.